UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC., | Civil Action No. 17-7106 (KM)(CLW) |
| Plaintiffs, | (Filed Electronically) |
| v. | |
| ALVOGEN PINE BROOK LLC, | |
| Defendant. | |
| INDIVIOR INC., INDIVIOR UK LIMITED, and AQUESTIVE THERAPEUTICS, INC., | Civil Action No. 18-5285 (KM)(CLW) |
| Plaintiffs, | (Filed Electronically) |
| v. | |
| ALVOGEN PINE BROOK LLC, | |
| Defendant. | |

**ORDER OF CONSOLIDATION**

WHEREAS, Plaintiffs Indivior Inc., Indivior UK Limited, and Aquestive Therapeutics, Inc. (collectively, "Plaintiffs") initiated Civil Action No. 17-7106 (KM)(CLW) against Defendant Alvogen Pine Brook LLC alleging that the products described in Defendant's Abbreviated New Drug Application ("ANDA") No. 205954 would, if approved by the U.S. Food and Drug Administration ("FDA"), infringe U.S. Patent Nos. 9,687,454 and 9,855,221;

WHEREAS, Plaintiffs initiated Civil Action No. 18-5285 (KM)(CLW) against Defendant alleging that the products described in Defendant's ANDA No. 205954 would, if approved by FDA, infringe U.S. Patent No. 9,931,305;

WHEREAS, Civil Action Nos. 17-7106 and 18-5285 (the "Consolidated Actions") both involve Defendant's ANDA No. 205954;

WHEREAS, the parties agree that consolidation of Civil Action Nos. 17-7106 and 18-5285 for all purposes would conserve resources for the parties and the Court and would improve the efficient handling of both matters;

WHEREAS, Defendant has filed a Motion to Transfer in Civil Action No. 17-7106 (KM)(CLW) (D.I. 12);

WHEREAS, the parties have agreed that Defendant's Motion to Transfer is deemed filed in Civil Action No. 18-5285 (KM)(CLW);

WHEREAS, the parties have agreed that any decision regarding Defendant's Motion to Transfer (C.A. 17-7106, D.I. 12) shall be binding on the parties and shall have full force and effect in both of the Consolidated Actions;

WHEREAS, the parties have agreed, subject to the Court's approval, that all counsel who have been admitted *pro hac vice* in Civil Action No. 17-7106 shall be deemed to be admitted *pro hac vice* in Civil Action No. 18-5285;

WHEREAS, in light of the foregoing, good cause exists to consolidate these actions;

IT IS on this ____29____ day of **May 2018,**

**ORDERED** that Civil Action Nos. 17-7106 (KM)(CLW) and 18-5285 (KM)(CLW) are consolidated for all purposes, including all pretrial matters, discovery, and trial, pursuant to Federal Rule of Civil Procedure 42;

**IT IS FURTHER ORDERED** that Civil Action No. 17-7106 shall be the Lead Case and any future filings in the Consolidated Actions are to be made under Civil Action No. 17-

7106 only.  The Clerk of Court shall designate Civil Action No. 18-5285 closed for administrative purposes;

**IT IS FURTHER ORDERED** that any decision regarding Defendant's Motion to Transfer (C.A. 17-7106, D.I. 12) shall be binding on the parties and shall have full force and effect in both of the Consolidated Actions;

**IT IS FURTHER ORDERED** that all counsel who have been admitted *pro hac vice* in Civil Action No. 17-7106 are hereby be admitted *pro hac vice* in Civil Action No. 18-5285; and

**IT IS FURTHER ORDERED** that the following schedule shall apply to the Consolidated Actions:[1]

| Activity | Date |
| --- | --- |
| Joint Discovery Plan | **TBD** |
| Rule 16 Conference | **TBD** |
| Plaintiffs' Disclosure of Asserted Claims L. Pat. R. 3.6(b) | **6/20/2018** |
| Rule 26 Disclosures | **6/15/2018** |
| Defendant's Non-Infringement and Invalidity Contentions and Responses (and Document Productions) L. Pat. R. 3.4, 3.4A, 3.6(c), (d), (e), (f) | **7/11/2018** |
| Plaintiffs' Disclosure of Infringement Contentions and Responses to Invalidity Contentions (and Document Production) L. Pat. R. 3.2, 3.2A, 3.6(g), (h), (i) | **8/30/2018** |
| Exchange of Proposed Terms for Construction L. Pat. R. 4.1(a) | **9/11/2018** |

---

[1] Defendant expressly reserves the right to request that the Court enter dates certain for expert discovery and to seek a modified schedule for expert discovery as the case progresses.

| Activity | Date |
|---|---|
| Exchange of Preliminary Claim Constructions and Evidentiary Support<br>L. Pat. R. 4.2(a), (b) | **9/21/2018** |
| Exchange an Identification of All Intrinsic and Extrinsic Evidence that Each Party Intends to Rely Upon to Oppose Any Other Party's Proposed Construction<br>L. Pat. R. 4.2(c) | **10/5/2018** |
| Meet and Confer to Narrow the Issues and Finalize Preparation of Joint Claim Construction and Prehearing Statement<br>L. Pat. R. 4.2(d) | **By 10/12/2018** |
| File Joint Claim Construction and Prehearing Statement<br>L. Pat. R. 4.3 | **10/19/2018** |
| Completion of Claim Construction Fact Discovery<br>L. Pat. R. 4.4 | **11/16/2018** |
| Last Date to Serve Request(s) for Production of Documents | **30 Days before Fact Discovery Deadline** |
| *Contemporaneously Filed* Opening *Markman* Submissions<br>L. Pat. R. 4.5 | **12/5/2018** |
| Close of Claim Construction Expert Discovery with Regard to Opening *Markman* Submissions (Submitted a Certification or Declaration under L. Pat. R. 4.5(a))<br>L. Pat. R. 4.5(b) | **1/9/2019** |
| Final Deadline for Response to Document Request(s) | **Same as Fact Discovery Deadline** |

4

| Activity | Date |
|---|---|
| *Contemporaneously Filed* Responding *Markman* Submissions L. Pat. R. 4.5(c) | 2/1/2019 |
| Meet and Confer to Schedule Claim Construction Hearing L. Pat. R. 4.6 | By 2/15/2019 |
| Claim Construction Hearing | TBD |
| Claim Construction Order | TBD |
| Fact Discovery Deadline | 60 Days after Claim Construction Order |
| Motions to Amend Pleadings | 8/24/2018 |
| Interrogatory Response Deadline | Same Date as Fact Discovery Deadline |
| Deadline to Add New Parties | 8/24/2018 |
| Opening Expert Reports | 90 days after Claim Construction Order |
| Responsive Expert Reports | 42 days after Expert Reports |
| Reply Expert Reports | 28 days after Responsive Expert Reports |
| Close of Expert Discovery (Expert Depositions to be Completed on or before) | 56 days after Reply Reports |
| Final Pretrial Conference | TBD |
| Trial | TBD |

_____
Hon. Cathy L. Waldor, U.S.M.J.

6